UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:     *
**LOUIS HAMILTON EVANS III**     *     CASE NO.: **16-60848**
    *
    *     CHAPTER 7
Debtor     *
_____     *  _____

**AMENDMENT TO SCHEDULES**

Comes now, the debtors by and through undersigned counsel, and files this "Amendment to Debtors' Schedules as follows

1. Schedule I is Amended as Attached
2. Schedule J is Amended as Attached
3. Statement of Intentions is Filed as Attached
4. Declaration Concerning Debtor's Schedules is Filed as Attached
5. Summary of Schedules is Amended as Attached

Respectfully Submitted this 30th day of August, 2018

__/s/_____
Danielle J Eliot, GA Bar Number 142243
Attorney for Debtor
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:     *
**LOUIS HAMILTON EVANS III**     *     CASE NO.: **16-60848**
    *
    *     CHAPTER 7
        Debtor     *
    *

**CERTIFICATE OF SERVICE**

     I, the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Amendment" by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**Louis Evans**
4050 Morgan Rd
Apt 80
Union City, GA 30291

**Adam M Goodman—VIA ECF**
260 Peachtree Street
Suite 200
Atlanta, GA 30303

Dated: August 30, 2018

                                                       By:___/s/_____
                                                       Danielle J. Eliot, Bar No 142243
                                                       Attorney for Debtor

Law Office of Danielle J Eliot, PC
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067
770-672-6735